J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
   levine@braunhagey.com
Paulina Slagter, Esq. (SBN: 318559)
   slagter@braunhagey.com
Ellis Herington, Esq. (SBN: 343085)
   herington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
PEPPERIDGE FARM, INCORPORATED

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>                Plaintiff,<br>    v.<br>CARL HOLMES, an individual, and VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>                Defendants. | Case No: 2:24-cv-01432-MCE-CKD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pepperidge Farm, Incorporated and Defendants Carl Holmes and Vital Distributions, LLC (collectively, the "Parties"), that this action shall be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties have agreed to bear their own respective costs and fees in this matter.

Dated: June 14, 2024              Respectfully submitted,

                                  BRAUNHAGEY & BORDEN LLP

                                  By: */s/ Andrew Levine*
                                        Andrew Levine

                                        *Attorneys for Plaintiff*
                                        *Pepperidge Farm, Incorporated*


Dated: June 14, 2024              REYNOLDS TILBURY WOODWARD LLP

                                  By: */s/ Jake C. Weaver (as authorized on 6/14/24)*
                                        Jake C. Weaver
                                        Avalon J. Fitzgerald
                                        *Attorneys for Defendants Carl Holmes and*
                                        *Vital Distributions, LLC*